**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **HALEY WILLIAMS** | **PLAINTIFF** |
| V. | **NO. 1:20-CV-153-SA-DAS** |
| **USAA INSURANCE AGENCY, INC,** d/b/a **USAA CASUALTY INSURANCE AGENCY** | **DEFENDANT** |
| | **CONSOLIDATED WITH** |
| **KIMBERLY L. NEAL** | **PLAINTIFF** |
| V. | **NO. 1:20-CV-154-SA-DAS** |
| **USAA INSURANCE AGENCY, INC,** d/b/a **USAA CASUALTY INSURANCE AGENCY** | **DEFENDANT** |

**ORDER OF CONSOLIDATION**

The defendant in this action has moved to consolidate these two actions as both arise from a single fire, involve the same witnesses and liability evidence. The court finds the motion is well-taken and should be granted.

**IT IS ORDERED** that the above-captioned matters are hereby consolidated with the lead case being No 1:20-cv-153-SA-DAS.

Counsel is directed to use the above caption in all filings place any filing in both cases.

**SO ORDERED**, this the 18th day of March, 2021.

/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE2**